UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHERINE ROBERTS AND<br>KRISTEN CLEMENTS,<br><br>Plaintiffs,<br><br>v.<br><br>CAESARS ENTERTAINMENT, INC.<br>D/B/A HARRAH'S PHILADELPHIA<br>AND CPL. JOANNE DRAGOTTA,<br><br>Defendants. | Civil Action No.: 14-cv-03890 |

## PROPOSED ORDER

AND NOW, this _____ day of _____, 2014 upon consideration of Defendant's, Harrah's Chester Downs Management Company, LLC d/b/a Harrah's Philadelphia Casino & Racetrack (improperly identified as Caesars Entertainment, Inc. d/b/a Harrah's Philadelphia) Motion to Dismiss and the Memorandum of Law in support thereof, and Plaintiffs, Catherine Roberts and Kristen Clement's, opposition thereto, it is hereby **ORDERED** that Defendant's Motion to Dismiss is **GRANTED** with prejudice.

BY THE COURT:

_____
Honorable Timothy J. Savage
U.S. District Court Judge for the Eastern
District of Pennsylvania

4835-6282-4734, v. 1