# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHERINE ROBERTS AND KRISTEN CLEMENTS | ) ) ) ) |
| Plaintiffs, | ) Civil No.: 14-3890 |
| v. | ) ) |
| CAESAR'S ENTERTAINMENT, INC. D/B/A HARRAH'S PHILADELPHIA, et al. | ) JURY TRIAL DEMANDED ) ) |
| Defendants. | ) |

## **ORDER**

AND NOW, this _____ day of _____, 2014, it is hereby ORDERED and DECREED upon consideration of Defendant, Pennsylvania State Trooper Joanne Dragotta's, Motion to Dismiss plaintiffs' First Amended Complaint and plaintiffs' response thereto, is hereby GRANTED in part and DENIED in part as follows:

1. Defendants' Motion to Dismiss is GRANTED as to Count IV of plaintiffs' state claim of malicious prosecution against Trooper Dragotta for malicious prosecution, as having been withdrawn by plaintiffs.

2. Defendants' Motion to Dismiss is DENIED as to Count I of plaintiffs' § 1983 claims against Trooper Dragotta for malicious prosecution.

BY THE COURT,

_____
TIMOTHY J. SAVAGE
UNITED STATES DISTRICT JUDGE