IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CATHERINE ROBERTS<br>AND<br>KRISTEN CLEMENTS | )<br>)<br>)<br>) | |
| Plaintiffs, | ) | Civil No.: 14-3890 |
| v. | )<br>) | |
| CAESAR'S ENTERTAINMENT, INC.<br>D/B/A HARRAH'S PHILADELPHIA, et al. | )<br>)<br>) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## CERTIFICATION OF SERVICE

I hereby certify that on September 17, 2014, the foregoing, Response to Defendant Joan Dragotta's, Motion to Dismiss, is available for viewing and downloading from the ECF System of the Eastern District of Pennsylvania and has been served upon the following counsel of record electronically via the ECF System and by electronic mail to:

Randall J. Henzes, Esquire
Gregory R. Neuhauser, Esquire
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107

John M. Nolan, Esquire
Alacoque Hinga Nevitt, Esquire
Jackson, Lewis, P.C.
Three Parkway
1601 Cherry Street, Ste. 1350
Philadelphia, PA 19102

SCHROM, SHAFFER & BOTEL,

/s/ Gerard K. Schrom
Gerard K. Schrom, Esquire
E.D. Pa. I.D. No. (GKS2134)

Attorneys for Plaintiffs
Catherine Roberts and
Kristen Clements