## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CATHERINE ROBERTS <br> AND <br> KRISTEN CLEMENTS | ) <br> ) <br> ) <br> ) | |
| Plaintiffs, | ) | Civil No.: 14-3890 |
| v. | ) <br> ) | |
| CAESAR'S ENTERTAINMENT, INC. <br> D/B/A HARRAH'S PHILADELPHIA, et al. | ) <br> ) <br> ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## **ORDER**

AND NOW, this _____ day of _____, 2014, upon consideration of Defendant, Caesar's Entertainment Corporation's, Motion to Dismiss Plaintiffs' First Amended Complaint and Plaintiffs' response thereto, it is hereby ORDERED and DECREED that Defendant's Motion is DENIED.

BY THE COURT,

_____
TIMOTHY J. SAVAGE
UNITED STATES DISTRICT JUDGE