UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHERINE ROBERTS AND KRISTEN CLEMENTS, <br><br> Plaintiffs, <br><br> v. <br><br> CAESARS ENTERTAINMENT, INC. D/B/A HARRAH'S PHILADELPHIA AND CPL. JOANNE DRAGOTTA, <br><br> Defendants. | Civil Action No.: 14-cv-03890 |

## PROPOSED ORDER

AND NOW, this _____ day of _____, 2014 upon consideration of Plaintiffs, Catherine Roberts and Kristen Clement's Motion for Leave to File Sur-Reply to Plaintiffs' Opposition to Defendant's Motion to Dismiss Amended Complaint and Defendant's, Harrah's Chester Downs Management Company, LLC d/b/a Harrah's Philadelphia Casino & Racetrack (improperly identified as Caesars Entertainment, Inc. d/b/a Harrah's Philadelphia) Opposition thereto, it is hereby **ORDERED** that Plaintiffs' Motion for Leave to File Sur-Reply is **DENIED**.

BY THE COURT:

_____
Honorable Timothy J. Savage
U.S. District Court Judge for the Eastern
District of Pennsylvania

4827-2516-8415, v. 1