IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CATHERINE ROBERTS and KRISTEN CLEMENTS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **CAESAR'S ENTERTAINMENT, INC. d/b/a HARRAHS PHILADELPHIA, and CPL. JOANNE DRAGOTTA** | : | **NO. 14-3890** |

## ORDER

**AND NOW**, this 11th day of December, 2014, upon consideration of the Defendant Dragotta's Motion to Dismiss Plaintiffs' First Amended Complaint (Document No. 14), the plaintiffs' response, and after oral argument, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the First Amended Complaint is **DISMISSED** as to the defendant Cpl. Joanne Dragotta only.

    /s/Timothy J. Savage
TIMOTHY J. SAVAGE, J.