**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CATHERINE ROBERTS and KRISTEN CLEMENTS** | : | CIVIL ACTION |
| | : | |
| **v.** | : | |
| | : | |
| **CAESAR'S ENTERTAINMENT, INC. d/b/a HARRAHS PHILADELPHIA, and CPL. JOANNE DRAGOTTA** | : | NO. 14-3890 |

## ORDER

**AND NOW**, this 11th day of December, 2014, upon consideration of the Defendant's Motion to Dismiss Plaintiffs' Complaint (Document No. 16), the plaintiffs' response, the reply, the sur-reply, and after oral argument, it is **ORDERED** that the motion is **DENIED**.

 

 

    /s/Timothy J. Savage       
TIMOTHY J. SAVAGE,  J.