# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CATHERINE ROBERTS and** | : | **CIVIL ACTION** |
| **KRISTEN CLEMENTS** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CAESAR'S ENTERTAINMENT, INC.** | : | **NO. 14-3890** |

## ORDER

**NOW**, this 29th day of November, 2017, after a pretrial conference at which the parties stipulated that Chester Downs Management Company may not be added or named as a defendant in any action arising out of the claims made by the plaintiffs in this action, it is **ORDERED** that this action is **DISMISSED**.[1]

/s/TIMOTHY J. SAVAGE

---

[1] The dismissal of this action does not confirm that any party in this action or the Delaware County action is a proper defendant.